April 26, 1984.

474 A.2d 682

Commonwealth v. Torres, Appellant.

Petition for Allowance of Appeal
Denied Aug. 28, 1984.

 Submitted
February 22, 1984. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.

474 A.2d 683

Commonwealth v. Vasquez, Appellant.

Petition for Allowance of Appeal
Denied Oct. 16, 1984.

 Submitted
February 23, 1984. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.